**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   14-cv-00251-LTB

DIANA WHITFIELD,

       Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC.,

       Defendant.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Notice of Voluntary Dismissal (Doc 6 - filed May 12, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED:   May 14, 2014